FILED

MAY 5

[stamp] 11:39

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEFENDANT ARTICLES IDENTIFIED
IN PARAGRAPH ONE OF
THE VERIFIED COMPLAINT,

    Defendants.

Case No.

2:21-cv-336-SPC-NPM

### VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

NOW COMES the United States of America, through its attorney Assistant U.S. Attorney Chad Spraker, respectfully stating as follows:

### NATURE OF THE ACTION

1. This is a civil forfeiture action *in rem* brought by the United States of America pursuant to 21 U.S.C. § 334 to seize and condemn the following Defendant Articles located on the premises of Atofil, LLC, ("Atofil"), 1684 Target Court, Units 19, 20, and 23, Fort Myers, Florida and 1685 Target Court, Unit 9, Fort Myers, Florida because they violate the Federal Food, Drug, and Cosmetic Act ("Act"), 21 U.S.C. §§ 301 *et seq.*:

    a. 24,828 packages, more or less, of kratom in 60 gram, 250 gram, 65 capsule, and 150 capsule configurations, labeled in part: "Boosted Kratom . . . Herbal Supplement . . . Supplement Facts . . . Distributed by Boosted Wholesale";

    b. 9,488 packages, more or less, of kratom in 250 gram, 60 capsule, 120 capsule, 300 capsule configurations, labeled in part: "Terra Kratom . . . Herbal Supplement . . . Supplement Facts . . . Distributed by Boosted

Wholesale";

c. 36,423 packages, more or less, of kratom in 10 gram, 30 gram, 60 gram, 125 gram, 1 kilogram, 10 kilogram, 15 capsule, 30 capsule, 60 capsule, 120 capsule, 1,000 capsule configurations, labeled in part: "The Devil's Kratom . . . Herbal Supplement . . . Supplement Facts . . . Distributed by MT Distribution, LLC";

d. 2 barrels, more or less, of bulk kratom powder in 28 kilogram configurations, labeled in part: "White Kratom";

e. 1 barrel, more or less, of bulk kratom powder in a 20.4 kilogram configuration, labeled in part: "Red Vein Kratom";

f. 1 barrel, more or less, of bulk kratom powder in a 7 kilogram configuration, labeled in part: "Green Vein Kratom";

g. 8 boxes, more or less, of bulk kratom powder in 25 kilogram configurations, labeled in part: "Red Kratom"; and

h. all other quantities of the aforesaid articles of food with any lot number and in any size or type container that are labeled or otherwise appear to contain, or are, kratom, located at 1684 Target Court, Units 19, 20, and 23, and 1685 Target Court, Unit 9, Fort Myers, Florida 33905.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over seizures brought by the United States under 28 U.S.C. § 1345 and under 21 U.S.C. § 334.

3. The Defendant Articles are articles of food, within the meaning of 21 U.S.C. §§ 321(f) and 321(ff), located on the premises of Atofil, 1684 Target Court, Units 19, 20, and 23, Fort Myers, Florida and 1685 Target Court, Unit 9, Fort Myers, Florida.

4. This Court has *in rem* jurisdiction over the Defendant Articles, and venue is proper under 28 U.S.C. § 1395(b) and 21 U.S.C. § 334(a)(1), because the

Defendant Articles are located in the Middle District of Florida, Fort Myers Division.

5. The Defendant Articles consist in whole or in part of components that were shipped in interstate commerce from outside the state of Florida.

## FACTS

6. Atofil manufactures, holds, and distributes dietary supplements, including but not limited to dietary supplements containing *Mitragyna speciosa*, also known as kratom, in both powder and capsule form, and Atofil receives bulk kratom that is used in its production of dietary supplements.

7. As a plant, kratom is a botanical and, therefore, a dietary ingredient within the meaning of 21 U.S.C. § 321(ff)(1)(C). Because kratom was not marketed as a dietary ingredient in the United States prior to October 15, 1994, it is a new dietary ingredient within the meaning of 21 U.S.C. § 350b(d). Defendant Articles are dietary supplements within the meaning of 21 U.S.C. § 321(ff), and they do not fall within the exception set forth in 21 U.S.C. § 321(ff)(3)(B).

8. Investigators from the United States Food and Drug Administration (FDA) conducted an inspection of Atofil between February 1 and March 10, 2021. During the inspection, FDA investigators observed large quantities of finished kratom powder and capsule products in various sizes and type containers labeled as "herbal supplements" containing kratom and containing "supplement facts" panels, as well as bulk kratom powder labeled kratom, as set out in the caption.

9. Atofil is a manufacturing subsidiary of Premier Manufacturing Products

3

(PMP). Atofil is associated with other PMP subsidiaries, including BioBotanical LLC (BioBotanical) which imports raw materials from one or more foreign suppliers in Indonesia that Atofil uses to manufacture kratom dietary supplement products, and MT Brands LLC which is the sales and marketing division of PMP.

10. Atofil manufactures dietary supplements containing kratom for MT Brands (such as Devil's Kratom) and kratom dietary supplements containing kratom for other companies (such as Boosted Kratom and TerraKratom, which are owned by Full House Wholesale in Troy, Michigan).

11. Serious concerns exist regarding the effect of kratom on multiple organ systems. Consumption of kratom can lead to a number of health impacts, including respiratory depression, vomiting, nervousness, weight loss, and constipation. Kratom consumption has been linked to neurologic, analgesic and sedative effects, addiction, and hepatic toxicity.

12. Mitragynine, the major alkaloid identified in kratom, has been reported as a partial opioid agonist, producing effects that are similar to morphine. Furthermore, a minor alkaloid of kratom, 7-hydroxymitragynine, has been reported to be even more potent than morphine. *Mitragyna speciosa* preparations have significant effects on cognition in humans.

13. *Mitragyna speciosa* has been indicated to have both narcotic and stimulant-like effects, which substantiates its potential for abuse. Chronic exposure to *Mitragyna speciosa* preparations can be followed by withdrawal symptoms in humans, some typical withdrawal symptoms include hostility, aggression, excessive

4

tearing, inability to work, arching of muscle, bones, and jerk limb movements.

## BASIS FOR FORFEITURE

14. The allegations in the preceding paragraphs are re-alleged and incorporated by reference.

15. The Defendant Articles are dietary supplements and dietary ingredients within the meaning of the Act, 21 U.S.C. §§ 321(ff) and 321(ff)(1), that may not be introduced or delivered for introduction into interstate commerce pursuant to 21 U.S.C. § 331(a) because they are adulterated within the meaning of 21 U.S.C. § 342(f)(1)(B).

16. The Defendant Articles are adulterated within the meaning of 21 U.S.C. § 342(f)(1)(B) in that they contain or are a new dietary ingredient, kratom, for which there is inadequate information to provide reasonable assurance that this ingredient does not present a significant or unreasonable risk of illness of injury.

17. Based on the foregoing, the Defendant Articles are held illegally within the jurisdiction of this Court and are liable to seizure, forfeiture, and condemnation pursuant to 21 U.S.C. § 334.

## CLAIM FOR RELIEF

WHEREFORE, the United States requests that a warrant of arrest for the Defendant Articles be issued; that notice be given to all persons having any interest in the Defendant Articles to appear herein and show cause why the seizure and condemnation should not be decreed; that judgment be entered declaring that the Defendant Articles be condemned and disposed of according to law, and that the

United States be granted such other and further relief as this Court may deem just and proper, together with costs and disbursement of this action.

DATED this 4th day of May, 2021.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By: *s/Chad C. Spraker*
CHAD C. SPRAKER
Assistant United States Attorney
USA No. 198
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Fax: (239) 461-2219
Email: Chad.Spraker@usdoj.gov

## VERIFICATION

I, Pearl Lopina, Compliance Officer for the Food and Drug Administration, U.S. Department of Health and Human Services, declare under penalty of perjury that I have read the foregoing Verified Complaint for Forfeiture *In Rem* in this action and state that the allegations it contains are true and correct to the best of my knowledge, information, and belief.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, as well as my investigation of this case, together with others, as a Compliance Officer, Human and Animal Food Operations, Division 4 East, United States Food and Drug Administration.

Executed this 3rd day of May, 2021, in Maitland, Florida.

_____
PEARL LOPINA
Compliance/Consumer Safety Officer
Food and Drug Administration
U.S. Department of Health and Human Services