UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                Case No. 2:21-cv-336-FtM-38NPM

DEFENDANT ARTICLES IDENTIFIED
IN PARAGRAPH ONE OF
THE AMENDED VERIFIED
COMPLAINT,

Defendants.

## MOTION FOR WARRANT OF ARREST *IN REM*

The United States of America, by and through the undersigned counsel, herein applies for issuance of a Warrant of Arrest *in Rem* of Defendant Articles of food identified in the caption pursuant to Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action (the "Supplemental Rules"). In support of its application, the United States says the following:

    1.    On May 7, 2021, the United States filed an amended verified complaint for civil forfeiture *in rem* in the above-referenced case (the "Amended Verified Complaint"), which seeks the forfeiture of the Defendant Articles.

    2.    The Defendant Articles are located at the premises known as: 1685 Target Court, Units 19, 20, and 23, Fort Myers, Florida; 1684 Target Court, Unit 9, Fort Myers, Florida; and 710 NE 19th Place, Cape Coral, Florida.

    3.    Rule G(3)(b)(ii) of the Supplemental Rules provide that where, as here, the property is not in the government's possession, custody, or control and is not

subject to a judicial restraining order, "the court – on finding probable cause – must issue a warrant to arrest the property . . . ."  The United States respectfully submits that the allegations of the Amended Verified Complaint establish probable cause that Defendant Articles are dietary supplements and dietary ingredients within the meaning of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. §§ 321(ff) and 321(ff)(1), that may not be introduced or delivered for introduction into interstate commerce pursuant to 21 U.S.C. § 331(a) because they are adulterated within the meaning of 21 U.S.C. § 342(f)(1)(B); and, therefore, are subject to seizure, condemnation, and forfeiture to the United States pursuant to 21 U.S.C. § 334.

WHEREFORE, the United States respectfully requests that the Court issue the attached Warrant of Arrest *In Rem* of the Defendant Articles.  A proposed order is being filed contemporaneously with this motion.

DATED this 7th day of May, 2021.        Respectfully submitted,

                                        KARIN HOPPMANN
                                        Acting United States Attorney

By:     *s/Chad C. Spraker*
        CHAD C. SPRAKER
        Assistant United States Attorney
        USA No. 198
        2110 First Street, Suite 3-137
        Fort Myers, Florida 33901
        Telephone: (239) 461-2200
        Fax: (239) 461-2219
        Email: Chad.Spraker@usdoj.gov