FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2021 MAY -7 PM 3: 54

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES OF
AMERICA,

      Plaintiff,

v.                                                 Case No. 2:21-cv-336-SPC-NPM

DEFENDANT ARTICLES IDENTIFIED
IN PARAGRAPH ONE OF THE
AMENDED VERIFIED COMPLAINT,

      Defendant.

---

## ORDER GRANTING MOTION FOR WARRANT OF ARREST *IN REM*

Upon consideration of the United States' Motion for Warrant of Arrest in Rem (Doc. 6) ("Motion") and the allegations set forth in the Amended Verified Complaint for Forfeiture in Rem, the Court is satisfied that there is probable cause to believe that Defendant Articles of food identified in the caption are dietary supplements and dietary ingredients within the meaning of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. §§ 321(ff) and 321(ff)(1), that may not be introduced or delivered for introduction into interstate commerce pursuant to 21 U.S.C. § 331(a) because they are adulterated within the meaning of 21 U.S.C. § 342(f)(1)(B); and, therefore, are

subject to seizure, condemnation, and forfeiture to the United States pursuant to 21 U.S.C. § 334.

Accordingly, the Court grants the Motion and is issuing herewith the Amended Warrant of Arrest in Rem.

**DONE** and **ORDERED** in Fort Myers, Florida on May 7, 2021.

_____
**NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE**