UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

 *Plaintiffs*,

v.              No. 2:21-cv-336-spc-npm

Defendant articles identified in paragraph one
of the amended verified complaint,

 *Defendants*.

___

## RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT

Filed by:[1]  **BIOBOTANICAL LLC AND MT BRANDS LLC**

Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

Robert J. Becerra, B.C.S.
Becerra Law, P.A.
Food & Drug Administration
AUSA Chad Spraker
U.S. Attorney's Office for the Middle District of Florida
Mt Brands LLC
BioBotanical, LLC
Premier Manufacturing Products, Inc.
Atofil, LLC
Nutrasynth, LLC
Contractor, LLC

---

[1] When filing via CM/ECF, use the "Certificate of interested persons and corporate disclosure statement" event under Civil Events-Other Filings-Other Documents.

Each entity with publicly traded shares or debt potentially affected by the outcome:

None

Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

N/A

Each person arguably eligible for restitution:

N/A

If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

Premier Manufacturing Products, Inc. is the parent of the claimants. No publicly held corporation owns 10% or more of its stock.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

                                      Respectfully Submitted,

                                      **BECERRA LAW, P.A.**

                                            _\s\Robert J. Becerra_
                                    Robert J. Becerra, B.C.S.
                                    Florida Bar No. 856282
                                    Counsel for Claimants BioBotanical LLC and MT Brands LLC
                                    201 S. Biscayne Blvd.
                                    Suite 800
                                    Miami, Florida 33131
                                    Tel: 305-375-0112
                                    E-mail: rbecerra@rjbecerralaw.com

6/17/2021