UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.     Case No. 2:21-CV-336-SPC-NPM

DEFENDANT ARTICLES
IDENTIFIED IN PARAGRAPH
ONE OF THE AMENDED
VERIFIED COMPLAINT,

    Defendant.
_____

## JOINT NOTICE OF A RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

☐     **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
Click or tap here to enter text.
Click or tap here to enter text.

☒     **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

DATED this 12th day of July, 2021.

KARIN HOPPMANN
Acting United States Attorney


*/s/ Chad C. Spraker*
CHAD C. SPRAKER
Assistant United States Attorney
USA No. 198
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Fax: (239) 461-2219
Email: Chad.Spraker@usdoj.gov

*/s/Robert J. Becerra*
Robert J. Becerra, B.C.S.
Florida Bar No. 856282
Counsel for Claimants
201 S. Biscayne Blvd.
Suite 800
Miami, Florida 33131
Tel: 305-375-0112
E-mail: rbecerra@rjbecerralaw.com

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to attorneys for Claimants BioBotanical, LLC and MT Brands, LLC.

*/s/ Chad C. Spraker*
CHAD C. SPRAKER
Assistant United States Attorney
